### 23404. CAMDEN COUNTY v. DOWLING.

PER CURIAM. Upon further consideration of the instant case we find that the application for the writ of certiorari was improvidently granted and accordingly it must be

*Dismissed. All the Justices concur.*

ARGUED APRIL 11, 1966—DECIDED MAY 5, 1966.

*Bennet, Gilbert, Gilbert & Whittle, Wallace E. Harrell,* for appellant.

*Ronald F. Adams,* for appellee.